**CROSNER LEGAL, P.C.**
Lilach H. Klein (SBN 323202)
*lilach@crosnerlegal.com*
Michael T. Houchin (SBN 305541)
*mhouchin@crosnerlegal.com*
Zachary M. Crosner (SBN 272295)
*zach@crosnerlegal.com*
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAGENA ADAMS and BRADEN PRICE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART, INC.,<br><br>Defendant. | Case No. 4:25-cv-2452<br><br>CLASS ACTION<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

TO THE HONORABLE COURT:

**PLEASE TAKE NOTICE THAT** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Ragena Adams and Braden Price ("Plaintiffs") hereby dismiss Plaintiffs' individual claims in this action with prejudice and the putative class action claims, if any, without prejudice. Each party is to bear its own attorneys' fees, expenses, and costs.

DATED: May 5, 2025                                    Respectfully submitted,

_/s/ Lilach H. Klein_
LILACH H. KLEIN
*Counsel for Plaintiffs*

1

*Adams, et al. v. Walmart, Inc.*, Case No. 4:25-cv-2452
VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(I)